UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:  **Stephen Guasp**                        )          CASE NO. 14-32592-KRH
       **Phyllis Octavia Guasp**            )          Chapter 13

      AKA:  Davis Gausp
              Leyva Gausp

      Debtor Address(es):  11905 Big Ben Blvd
                          Fredericksburg, VA  22407

      Last four digits of Social Security No(s).:  8863
                                                8662

**MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING**

    **NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(6) as the Debtor(s) are in default in making the payments under the plan.

    Carl M. Bates, Chapter 13 Trustee, has filed papers with the court to dismiss this case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815

   X   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA  23219

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815

You must also mail a copy to:
Carl M. Bates, Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

_____    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

  X     Attend the hearing on the motion scheduled to be held on **March 18, 2015** at **11:00 AM** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: February 10, 2015              /s/ Carl M. Bates
                                      Carl M. Bates
                                      Chapter 13 Trustee
                                      P.O. Box 1819
                                      Richmond, VA  23218
                                      VSBN 27815

Certificate of Service

I hereby certify that I have this **10th day of February, 2015**, by mail, hand or electronically delivered a true copy of the foregoing Notice of Motion and Motion to the debtor(s) **Stephen Guasp and Phyllis Octavia Guasp, 11905 Big Ben Blvd, Fredericksburg, VA   22407** and debtor(s) attorney, **Tommy Andrews, Jr., via e-mail: tandrews@andrewslaw.net**.

                                      /s/ Carl M. Bates
                                      Carl M. Bates
                                      Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815